United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TRANCITO MARCO TULIO LOPEZ LOPEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-00354 |
| | § | |
| WARDEN, EL VALLE DETENTION FACILITY, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Before this Court is Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), and Respondents' "Motion to Dismiss as Moot or For Lack of Subject Matter Jurisdiction" (Dkt. No. 8) ("Motion to Dismiss").

The case-or-controversy requirement must subsist through all stages of federal judicial proceedings. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998). Otherwise, the action is moot, and the court is stripped of jurisdiction. Here, Petitioner was removed from the United States on May 12, 2026. Dkt. No. 8 at 1. Consequently, there is no longer a live case or controversy for this Court to resolve.

Accordingly, Respondents' Motion to Dismiss (Dkt. No. 8) is **GRANTED**. Petitioner's Petition (Dkt. No. 1) is hereby **DENIED**. The Clerk of the Court is **ORDERED** to close this case.

SIGNED this November 23, 2026

Rolando Olvera
United States District Judge